**IRS** Department of the Treasury
Internal Revenue Service

955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

U.S. BANKRUPTCY C...
FILED
NEWARK, NJ

2019 MAR 18 P 2:23

JEAN... ...
/s/
DEPUTY CLERK

**Chapter and Case Number:**
13 18-35412-VFP
**Person to Contact:**
PATRICIA DAVIS
**Contact Telephone Number:**
(973) 921-4311
**Employee Fax Number:**
855-651-8960
**Employee Identification Number:**
0209308

Date: March 8, 2019

CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, 3RD FLOOR
NEWARK, NJ 07102-2506

Debtor: DAVIS & KAREN AISTARS
Bankruptcy Filed December 31, 2018

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 03/01/2019 is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ EVELYN D AJEL
Sup Bankruptcy Specialist

cc: DAVIS & KAREN AISTARS
    SCOTT J. GOLDSTEIN

Letter 3931CG (11-2004)
Catalog Number 38952B