

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2C<br><br>Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054-4318<br>(856) 813-1700<br>Attorneys for the Mortgagee<br>File No. 086488B<br><br>In Re:<br><br>David Aistars<br>Karen E. Aistars | Order Filed on July 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-35412-VFP<br><br>Hearing Date: June 20, 2019<br><br>Judge: Vincent F. Papalia<br><br>Chapter 13 |

| | | |
|---|---|---|
| Recommended Local Form | ☒ Followed | __ Modified |

# ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: July 8, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | Federal National Mortgage Association ("Fannie Mae") |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Scott J. Goldstein, Esquire |
| Property Involved ("Collateral"): | 4 Prospect Place, Pine Brook, NJ 07058 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1.  Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for four months, from March 1, 2019 to June 1, 2019.
    - ☒ The Debtor is overdue for four payments at $1,904.69 per month.
    - ☒ Less the suspense balance of $1,887.86.
    
    Total Arrearages Due $5,730.90.

2.  Debtor must cure all post-Petition arrearages as follows:
    - ☒ Beginning on July 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,904.69.
    - ☒ Beginning on August 1, 2019, additional monthly cure payments shall be made in the amount of $955.15 for six (6) months.

3.  Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Regular monthly payments and Monthly cure payments:
    
    > Mr. Cooper
    > PO Box 619094
    > Dallas, TX 75261-9741

4.  In the event of Default:
    - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.