UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 086488B

In Re:

David Aistars
Karen E. Aistars

Order Filed on July 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-35412-VFP

Hearing Date: June 20, 2019

Judge: Vincent F. Papalia

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: July 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | Federal National Mortgage Association ("Fannie Mae") |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Scott J. Goldstein, Esquire |
| Property Involved ("Collateral"): | 4 Prospect Place, Pine Brook, NJ 07058 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for four months, from March 1, 2019 to June 1, 2019.
   - ☒ The Debtor is overdue for four payments at $1,904.69 per month.
   - ☒ Less the suspense balance of $1,887.86.
   
   Total Arrearages Due $5,730.90.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Beginning on July 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,904.69.
   - ☒ Beginning on August 1, 2019, additional monthly cure payments shall be made in the amount of $955.15 for six (6) months.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payments and Monthly cure payments:
     
     Mr. Cooper
     PO Box 619094
     Dallas, TX 75261-9741

4. In the event of Default:
   - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:
   ☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
   The fees and costs are payable:
   ☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Davis Aistars  
Karen Aistars  
      Debtors

Case No. 18-35412-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jul 08, 2019  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.  
db/jdb        Davis Aistars,   Karen Aistars,   4 Prospect Pl,   Pine Brook, NJ   07058-9754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:  
                Marie-Ann Greenberg   magecf@magtrustee.com  
                Rebecca Ann Solarz   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
                 rsolarz@kmllawgroup.com  
                Robert P. Saltzman   on behalf of Creditor   Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
                Robert P. Saltzman   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org  
                Scott J. Goldstein   on behalf of Joint Debtor Karen Aistars sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
                Scott J. Goldstein   on behalf of Debtor Davis Aistars sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
                U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 7