Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−35412−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Davis Aistars
4 Prospect Pl
Pine Brook, NJ 07058−9754

Karen Aistars
4 Prospect Pl
Pine Brook, NJ 07058−9754

Social Security No.:
xxx−xx−9548                                                xxx−xx−1123

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/9/20 at 10:00 AM

to consider and act upon the following:

*30* − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 4 Prospect Pl, Pine Brook, NJ 07058−9754. Fee Amount $ 181. filed by Creditor Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 12/2/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) (Saltzman, Robert)

*31* − Certification in Opposition to Certificate of Default (related document:30 Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 4 Prospect Pl, Pine Brook, NJ 07058−9754. Fee Amount $ 181. filed by Creditor Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 12/2/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Scott J. Goldstein on behalf of Davis Aistars, Karen Aistars. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 12/3/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court