Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−35412−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Davis Aistars | Karen Aistars |
| 4 Prospect Pl | 4 Prospect Pl |
| Pine Brook, NJ 07058−9754 | Pine Brook, NJ 07058−9754 |

Social Security No.:
   xxx−xx−9548                                        xxx−xx−1123

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/9/20 at 10:00 AM

to consider and act upon the following:

*30* − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 4 Prospect Pl, Pine Brook, NJ 07058−9754. Fee Amount $ 181. filed by Creditor Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 12/2/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) (Saltzman, Robert)

*31* − Certification in Opposition to Certificate of Default (related document:30 Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 4 Prospect Pl, Pine Brook, NJ 07058−9754. Fee Amount $ 181. filed by Creditor Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 12/2/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Federal National Mortgage Association ("Fannie Mae") c/o Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Scott J. Goldstein on behalf of Davis Aistars, Karen Aistars. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 12/3/19

                                                                      Jeanne Naughton
                                                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-35412-VFP
Davis Aistars                                                   Chapter 13
Karen Aistars
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Dec 03, 2019
                            Form ID: ntchrgbk        Total Noticed: 4
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db/jdb         Davis Aistars,    Karen Aistars,   4 Prospect Pl,    Pine Brook, NJ 07058-9754
cr            +Federal National Mortgage Association (Fannie Mae,    P.O. Box 619096,   Dallas, TX 75261-9096
cr            +Seterus, Inc., authorized subservicer for Federal,   P.O. Box 1047,    Hartford, CT 06143-1047
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2019 22:07:43
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               c/o Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org
              Scott J. Goldstein    on behalf of Joint Debtor Karen   Aistars sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor Davis   Aistars sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```