Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 18−35412−VFP
                      Chapter: 13
                      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Davis Aistars | Karen Aistars |
| 4 Prospect Pl | 4 Prospect Pl |
| Pine Brook, NJ 07058−9754 | Pine Brook, NJ 07058−9754 |

Social Security No.:
  xxx−xx−9548                               xxx−xx−1123

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 31, 2020</u>                 <u>Vincent F. Papalia</u>
                                              Judge, United States Bankruptcy Court